# REFORM, EXHIBITS, APPEAL

**U.S. Bankruptcy Court**
**Northern District of Texas (Dallas)**
**Bankruptcy Petition #: 18-31575-bjh11**

| | |
|---|---|
| | *Date filed:* 05/04/2018 |
| *Assigned to:* Barbara J. Houser | *Date Plan Confirmed:* 02/08/2019 |
| Chapter 11 | *Plan confirmed:* 02/08/2019 |
| Voluntary | *341 meeting:* 06/07/2018 |
| Asset | *Deadline for filing claims:* 09/05/2018 |

***Debtor***
**Hard-Mire Restaurant Holdings, LLC**
P.O. Box 2206
Red Oak, TX 75154
ELLIS-TX
Tax ID / EIN: 46-0873266
*fdba* **Campuzanos Dallas, LLC**

represented by **Eric A. Liepins**
Eric A. Liepins, P.C.
12770 Coit Rd., Suite 1100
Dallas, TX 75251
(972) 991-5591
Email: eric@ealpc.com

**James P. Moon**
James P. Moon, PLLC
3102 Maple Ave.
Suite 200
Dallas, TX 75201
214-522-4900
Fax : 800-930-7112
Email: jpmpllc@gmail.com

***U.S. Trustee***
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75242
214-767-8967

| Filing Date | Docket Text |
|---|---|
| 05/04/2018 | **1** (5 pgs) Non-individual Chapter 11 Voluntary Petition. Fee Amount $1717 Filed by Hard-Mire Restaurant Holdings, LLC (Liepins, Eric) |
| 05/04/2018 | Receipt of filing fee for Voluntary petition (chapter 11)(18-31575-11) [misc,volp11a] (1717.00). Receipt number 25127449, amount $1717.00 (re: Doc# **1**). (U.S. Treasury) |
| 05/07/2018 | **2** (6 pgs) Application to employ Eric Liepins as Attorney Filed by Debtor Hard-Mire Restaurant Holdings, LLC (Liepins, Eric) |
| | **3** (27 pgs) Creditor matrix . Filed by Debtor Hard-Mire Restaurant Holdings, LLC. |

| | |
|---|---|
| 05/07/2018 | 4 (2 pgs) Notice of deficiency. Schedule A/B due 5/18/2018. Schedule D due 5/18/2018. Schedule E/F due 5/18/2018. Schedule G due 5/18/2018. Schedule H due 5/18/2018. Summary of Assets and Liabilities and Certain Statistical Information due 5/18/2018. Statement of Financial Affairs due 5/18/2018.Statement of Income/Means Test Form due 5/18/2018. 20 Largest Unsecured Creditors due 5/7/2018. (Chambers, Deanna) |
| 05/08/2018 | 5 (2 pgs) Chapter 11 or Chapter 9 Cases Non- Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders . Filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)4 Notice of deficiency). (Liepins, Eric) |
| 05/08/2018 | 6 (2 pgs) Meeting of creditors 341(a) meeting to be held on 6/7/2018 at 10:00 AM at Dallas, Room 976. Proofs of Claims due by 9/5/2018. Attorney(s)certificate of service of 341 meeting chapter 11 to be filed by 06/7/2018. (Neary, William) |
| 05/09/2018 | 7 (3 pgs) BNC certificate of mailing. (RE: related document(s)4 Notice of deficiency. Schedule A/B due 5/18/2018. Schedule D due 5/18/2018. Schedule E/F due 5/18/2018. Schedule G due 5/18/2018. Schedule H due 5/18/2018. Summary of Assets and Liabilities and Certain Statistical Information due 5/18/2018. Statement of Financial Affairs due 5/18/2018.Statement of Income/Means Test Form due 5/18/2018. 20 Largest Unsecured Creditors due 5/7/2018.) No. of Notices: 1. Notice Date 05/09/2018. (Admin.) |
| 05/10/2018 | 8 (3 pgs) Notice of Appearance and Request for Notice by John Mark Stern filed by Creditor Texas Comptroller of Public Accounts. (Stern, John) |
| 05/11/2018 | 9 (3 pgs) BNC certificate of mailing - meeting of creditors. (RE: related document(s)6 Meeting of creditors 341(a) meeting to be held on 6/7/2018 at 10:00 AM at Dallas, Room 976. Proofs of Claims due by 9/5/2018. Attorney(s)certificate of service of 341 meeting chapter 11 to be filed by 06/7/2018.) No. of Notices: 1. Notice Date 05/11/2018. (Admin.) |
| 05/16/2018 | 10 (1 pg) Notice of Appearance and Request for Notice by Laurie A. Spindler filed by Creditor Dallas County. (Spindler, Laurie) |
| 05/17/2018 | 11 (4 pgs) Motion to extend time to file schedules or new case deficiencies, excluding matrix (RE: related document(s)4 Notice of deficiency) Filed by Debtor Hard-Mire Restaurant Holdings, LLC (Liepins, Eric) |
| 05/21/2018 | 12 (1 pg) Notice of change of address filed by Debtor Hard-Mire Restaurant Holdings, LLC. (Liepins, Eric) |
| 05/22/2018 | 13 (2 pgs) Order granting 11 Motion to extend time. (Re: related document(s) 4 Notice of deficiency) Schedule A/B due 5/25/2018 for 4, Schedule D due 5/25/2018 for 4, Schedule E/F due 5/25/2018 for 4, Schedule G due 5/25/2018 for 4, Schedule H due 5/25/2018 for 4, Statement of Income/Means Test Form due 5/25/2018 for 4, Statement of Financial Affairs due 5/25/2018 for 4, Summary of Assets and Liabilities and Certain Statistical Information due 5/25/2018 for 4, Entered on 5/22/2018. (Blanco, J.) |

| | |
|---|---|
| 05/25/2018 | 14 (39 pgs) Schedules: Schedules A/B and 3-H, with Summary of Schedules, 20 Largest Unsecured Creditors, Statement of Financial Affairs, Disclosure of Compensation of Attorney, and Verification of Mailing List. Filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)4 Notice of deficiency). (Liepins, Eric) Modified to add text on 5/29/2018 (Huffman, David). |
| 06/01/2018 | 15 (9 pgs) Certificate of service re: Commencement of Case filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)6 Meeting of creditors Chapter 11). (Liepins, Eric) |
| 06/07/2018 | Trustee's initial report of meeting of creditors held on 6/7/2018 (RE: related document(s)6 Meeting of creditors Chapter 11) (Kippes, Meredyth) |
| 06/15/2018 | 16 (4 pgs) Motion by U.S.T. for the approval of chapter 11 small business debtor agreed scheduling order. (Kippes, Meredyth) |
| 06/18/2018 | 17 (2 pgs) Order granting motion by U.S.T. for the approval of chapter 11 small business debtor agreed scheduling order. (related doc # 16) Entered on 6/18/2018. (Whitaker, Sheniqua) |
| 06/20/2018 | 18 (6 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)17 Order granting motion by U.S.T. for the approval of chapter 11 small business debtor agreed scheduling order. (related doc 16) Entered on 6/18/2018.) No. of Notices: 221. Notice Date 06/20/2018. (Admin.) |
| 06/21/2018 | 19 (31 pgs) Debtor-in-possession monthly operating report for filing period 05/04/2018 to 05/31/2018 filed by Debtor Hard-Mire Restaurant Holdings, LLC. (Liepins, Eric) |
| 06/22/2018 | 20 (1 pg) Clerk's correspondence requesting an order from attorney for debtor. (RE: related document(s)2 Application to employ Eric Liepins as Attorney Filed by Debtor Hard-Mire Restaurant Holdings, LLC) Responses due by 7/2/2018. (Cumby, C) |
| 06/25/2018 | 21 (1 pg) Certificate no objection filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)2 Application to employ Eric Liepins as Attorney ). (Liepins, Eric) |
| 06/26/2018 | 22 (2 pgs) Order granting application to employ Eric Liepins as Attorney for Debtor (related document # 2) Entered on 6/26/2018. (Whitaker, Sheniqua) |
| 08/21/2018 | 23 (20 pgs) Debtor-in-possession monthly operating report for filing period 07/01/2018 to 07/31/2018 filed by Debtor Hard-Mire Restaurant Holdings, LLC. (Liepins, Eric) |
| 08/30/2018 | 24 (20 pgs) Debtor-in-possession monthly operating report for filing period 7/1/2018 to 7/31/2018 filed by Debtor Hard-Mire Restaurant Holdings, LLC. (Liepins, Eric) |
| | 25 (3 pgs) Motion to extend time to Time to file Disclosure Statement (RE: related document(s)17 Order on motion for approval of scheduling order (ch.11sb)) Filed by |

| | |
|---|---|
| 10/26/2018 | Debtor Hard-Mire Restaurant Holdings, LLC) Objections due by 11/16/2018. (Liepins, Eric) |
| 10/26/2018 | [26](27 pgs; 4 docs) Chapter 11 disclosure statement for small business filed by Debtor Hard-Mire Restaurant Holdings, LLC. (Attachments: # [1] Exhibit plan # [2] List of 20 Largest Creditors projections # [3] Exhibit liquidation)(Liepins, Eric) |
| 10/26/2018 | [27](14 pgs) Chapter 11 small business plan filed by Debtor Hard-Mire Restaurant Holdings, LLC. (Liepins, Eric) |
| 10/26/2018 | [28](22 pgs) Debtor-in-possession monthly operating report for filing period 08/1/2018 to 08/31/2018 filed by Debtor Hard-Mire Restaurant Holdings, LLC. (Liepins, Eric) |
| 10/26/2018 | [29](20 pgs) Debtor-in-possession monthly operating report for filing period 9/1/2018 to 9/30/2018 filed by Debtor Hard-Mire Restaurant Holdings, LLC. (Liepins, Eric) |
| 10/30/2018 | [30](3 pgs) Motion to extend time to Scheduling Order (RE: related document(s)[17] Order on motion for approval of scheduling order (ch.11sb)) Filed by Debtor Hard-Mire Restaurant Holdings, LLC Objections due by 11/20/2018. (Liepins, Eric) |
| 11/27/2018 | [31](2 pgs) Certificate no objection filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)[30] Motion to extend time to Scheduling Order (RE: related document(s)[17] Order on motion for approval of scheduling order (ch.11sb))). (Liepins, Eric) |
| 11/29/2018 | [32](2 pgs) Order granting [30] Motion to extend time. The prior Scheduling Order entered in this case is amended to allow the Debtor to file its Plan and Disclosure Statement by November 5,2018 and obtain confirmation by January 20, 2019. (Re: related document(s) [30] Motion to extend time to Scheduling Order (RE: related document(s)[17] Order on motion for approval of scheduling order (ch.11sb))) Entered on 11/29/2018. (Blanco, J.) |
| 12/03/2018 | [33](31 pgs; 3 docs) Amended disclosure statement filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)[26] Small bus disclosure statement). (Attachments: # [1] List of 20 Largest Creditors plan # [2] Exhibit projections)(Liepins, Eric) |
| 12/03/2018 | [34](14 pgs) Amended chapter 11 small business plan filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)[27] Chapter 11 small business plan). (Liepins, Eric) |
| 12/03/2018 | [35](2 pgs) Order conditionally approving disclosure statement and setting hearing on confirmation of plan (RE: related document(s)[34] Chapter 11 small business plan filed by Debtor Hard-Mire Restaurant Holdings, LLC), (Related document(s) [33] Small bus disclosure statement filed by Debtor Hard-Mire Restaurant Holdings, LLC). Confirmation hearing to be held on 1/3/2019 at 02:00 PM at Dallas Judge Houser Ctrm. Last day to Object to Confirmation 12/31/2018. Ballots due 12/31/2018. Entered on 12/3/2018 (Whitaker, Sheniqua). MODIFIED to create additional linkage on 12/4/2018 (Brown, D.) |
| | [36](22 pgs) Debtor-in-possession monthly operating report for filing period 10/1/2018 to |

| | |
|---|---|
| 12/19/2018 | <u>37</u>  (6 pgs) Objection to confirmation of plan (RE: related document(s)<u>34</u> Chapter 11 small business plan) filed by Creditor Texas Comptroller of Public Accounts. (Stern, John) |
| 12/20/2018 | <u>38</u>  (10 pgs) INCORRECT ENTRY. INFORMATION ON PDF INCORRECT. Certificate of service re: filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)<u>35</u> Order approving disclosure statement). (Liepins, Eric) Modified on 12/21/2018 (Bibbs-Samuels, P.). |
| 12/26/2018 | <u>39</u>  (11 pgs; 2 docs) Certificate of service re: Disclosure Statement, Plan, Ballot filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)<u>35</u> Order approving disclosure statement). (Attachments: # <u>1</u> Exhibit service list) (Liepins, Eric) |
| 01/01/2019 | <u>40</u>  (10 pgs) Chapter 11 ballots filed by Debtor Hard-Mire Restaurant Holdings, LLC. (Liepins, Eric) |
| 01/03/2019 | <u>41</u>  (2 pgs) Withdrawal filed by Creditor Texas Comptroller of Public Accounts (RE: related document(s)<u>37</u> Objection to confirmation of plan). (Stern, John) |
| 01/03/2019 | 42 Confirmation Hearing held on 1/3/2019. Confirmation Hearing continued (RE: related document(s)<u>33</u> Amended disclosure statement filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)<u>26</u> Small bus disclosure statement). (Attachments: # 1 List of 20 Largest Creditors plan # 2 Exhibit projections), <u>34</u> Amended chapter 11 small business plan filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)<u>27</u> Chapter 11 small business plan).) (CONTINUED TO 2/6/19 AT 2:00PM. NEW PLAN AND DS DUE BY 1/30/19. 45 DAY DEADLINE EXTENDED ORALLY TO 2/6/19. ORDER TO BE SUBMITTED.) Confirmation hearing to be held on 2/6/2019 at 02:00 PM at Dallas Judge Houser Ctrm. (Harden, D.) (Entered: 01/04/2019) |
| 01/08/2019 | <u>43</u>  (2 pgs) Order on motion to extend time for confirmation (RE: related document(s)<u>35</u> Order approving disclosure statement). ORDERED, ADJUDGED AND DECREED the prior Scheduling Order entered in this case is amended to allow the Debtor to obtain confirmation by February 6, 2019. Entered on 1/8/2019 (Whitaker, Sheniqua) |
| 01/09/2019 | <u>44</u>  (23 pgs) Debtor-in-possession monthly operating report for filing period 11/1/2018 to 11/30/2018 filed by Debtor Hard-Mire Restaurant Holdings, LLC. (Liepins, Eric) |
| 01/30/2019 | <u>45</u>  (2 pgs) Witness and Exhibit List filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)<u>34</u> Chapter 11 small business plan). (Liepins, Eric) |
| 01/30/2019 | <u>46</u>  (15 pgs) Amended chapter 11 small business plan filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)<u>34</u> Chapter 11 small business plan). (Liepins, Eric) |
| | <u>47</u>  (32 pgs; 3 docs) Amended disclosure statement filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)<u>33</u> Small bus disclosure statement). |

| | |
|---|---|
| 01/31/2019 | [48](link) (23 pgs) Debtor-in-possession monthly operating report for filing period 10/01/2018 to 10/31/2018 filed by Debtor Hard-Mire Restaurant Holdings, LLC. (Liepins, Eric) |
| 02/06/2019 | [49](link) (15 pgs) Amended chapter 11 small business plan filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)[46](link) Chapter 11 small business plan). (Liepins, Eric) |
| 02/06/2019 | Confirmation Hearing held on 2/6/2019. (RE: related document(s)[46](link) Amended chapter 11 small business plan filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)[34](link) Chapter 11 small business plan)., [47](link) Amended disclosure statement filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)[33](link) Small bus disclosure statement). (Attachments: # 1 Exhibit plan # 2 Exhibit projections)) (CONFIRMED AND APPROVED. ORDER TO BE SUBMITTED SUBJECT TO AGREEMENT WITH THE UST.) (Harden, D.) (Entered: 02/07/2019) |
| 02/06/2019 | [59](link) (1 pg) Court admitted exhibits date of hearing 2/6/2019. DEBTOR EXHIBITS A-E ADMITTED (RE: related document(s)[46](link) Amended chapter 11 small business plan filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)[34](link) Chapter 11 small business plan)., [47](link) Amended disclosure statement filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)[33](link) Small bus disclosure statement).) (Whittington, Nicole) (Entered: 03/25/2019) |
| 02/08/2019 | [50](link) (32 pgs; 3 docs) Application for compensation for Eric A. Liepins, Debtor's Attorney, Period: 5/4/2018 to 2/8/2019, Fee: $13,942.50, Expenses: $5,624.45. Filed by Attorney Eric A. Liepins Objections due by 3/1/2019. (Attachments: # [1](link) Exhibit cover sheet # [2](link) Exhibit Bills) (Liepins, Eric) |
| 02/08/2019 | [51](link) (20 pgs) Amended Order finally approving debtor's disclosure statement and confirming debtor's plan of reorganization (RE: related document(s)[49](link) Chapter 11 small business plan filed by Debtor Hard-Mire Restaurant Holdings, LLC). Entered on 2/8/2019 (Related document(s) [47](link) Small bus disclosure statement filed by Debtor Hard-Mire Restaurant Holdings, LLC. (Whitaker, Sheniqua). |
| 02/08/2019 | [52](link) (1 pg) Withdrawal of claim(s) Claim has been satisfied. Claim: 14 Filed by Creditor Texas Comptroller of Public Accounts. (Brown, Charla) |
| 02/10/2019 | [53](link) (21 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)[51](link) Amended Order finally approving debtor's disclosure statement and confirming debtor's plan of reorganization (RE: related document(s)[49](link) Chapter 11 small business plan filed by Debtor Hard-Mire Restaurant Holdings, LLC). Entered on 2/8/2019 (Related document(s) [47](link) Small bus disclosure statement filed by Debtor Hard-Mire Restaurant Holdings, LLC. .) No. of Notices: 1. Notice Date 02/10/2019. (Admin.) |
| | [54](link) (1 pg) Post confirmation order. Application for Compensation due by 4/15/2019. Objection to Claim due by 4/15/2019. Final Decree due 8/12/2019. Status Conference to be held on 9/3/2019 at 09:00 AM at Dallas Judge Houser Ctrm. Entered on 2/12/2019 |

| | |
|---|---|
| 02/25/2019 | [55](link) (22 pgs) Debtor-in-possession monthly operating report for filing period 12/1/2018 to 12/31/2018 filed by Debtor Hard-Mire Restaurant Holdings, LLC. (Liepins, Eric) |
| 02/25/2019 | [56](link) (9 pgs) Certificate of service re: filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)[54](link) Post confirmation order). (Liepins, Eric) |
| 03/11/2019 | [57](link) (3 pgs) Objection to claim(s) 6 of Creditor(s) Jose Dominguez.. Filed by Debtor Hard-Mire Restaurant Holdings, LLC. Responses due by 4/10/2019. (Liepins, Eric) |
| 03/11/2019 | [58](link) (3 pgs) Objection to claim(s) 7 of Creditor(s) J.H. Zidell PC.. Filed by Debtor Hard-Mire Restaurant Holdings, LLC. Responses due by 4/10/2019. (Liepins, Eric) |
| 03/26/2019 | [60](link) (1 pg) Clerk's correspondence requesting a notice of hearing from attorney for debtor. (RE: related document(s)[50](link) Application for compensation for Eric A. Liepins, Debtor's Attorney, Period: 5/4/2018 to 2/8/2019, Fee: $13,942.50, Expenses: $5,624.45. Filed by Attorney Eric A. Liepins Objections due by 3/1/2019. (Attachments: # 1 Exhibit cover sheet # 2 Exhibit Bills)) Responses due by 4/5/2019. (Cumby, C) |
| 03/26/2019 | [61](link) (1 pg) Certificate no objection filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)[50](link) Application for compensation for Eric A. Liepins, Debtor's Attorney, Period: 5/4/2018 to 2/8/2019, Fee: $13,942.50, Expenses: $5,624.45.). (Liepins, Eric) |
| 04/01/2019 | [62](link) (4 pgs) Order granting application for compensation (related document # [50](link)) granting for Eric A. Liepins, fees awarded: $13942.50, expenses awarded: $5624.43 Entered on 4/1/2019. (Blanco, J.) |
| 04/10/2019 | [63](link) (29 pgs; 3 docs) Response opposed to (related document(s): [57](link) Objection to claim filed by Debtor Hard-Mire Restaurant Holdings, LLC, [58](link) Objection to claim filed by Debtor Hard-Mire Restaurant Holdings, LLC) filed by Jose Jorge Dominguez, J.H. Zidell, P.C.. (Attachments: # [1](link) Exhibit Ex A - Joint Pretrial Order # [2](link) Exhibit Ex B - Dominguez's Initial Disclosures (with cover)) (Barber, George) |
| 04/26/2019 | [64](link) (2 pgs) Notice of hearing filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)[57](link) Objection to claim(s) 6 of Creditor(s) Jose Dominguez.. Filed by Debtor Hard-Mire Restaurant Holdings, LLC. Responses due by 4/10/2019., [58](link) Objection to claim(s) 7 of Creditor(s) J.H. Zidell PC.. Filed by Debtor Hard-Mire Restaurant Holdings, LLC. Responses due by 4/10/2019.). Status Conference to be held on 5/15/2019 at 09:30 AM at Dallas Judge Jernigan Ctrm. (Liepins, Eric) |
| 04/29/2019 | [65](link) (2 pgs) Notice of hearing filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)[57](link) Objection to claim(s) 6 of Creditor(s) Jose Dominguez.. Filed by Debtor Hard-Mire Restaurant Holdings, LLC. Responses due by 4/10/2019., [58](link) Objection to claim(s) 7 of Creditor(s) J.H. Zidell PC.. Filed by Debtor Hard-Mire Restaurant Holdings, LLC. Responses due by 4/10/2019.). Hearing to be held on 6/11/2019 at 02:00 PM Dallas Judge Jernigan Ctrm for [58](link) and for [57](link), (Liepins, Eric) |

# Exhibit "A"

| | |
|---|---|
| 04/29/2019 | <u>66</u>  (2 pgs) Withdrawal of *Notice of Status Conference* filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)<u>64</u> Notice of Hearing). (Liepins, Eric). filed by Debtor Hard-Mire Restaurant Holdings, LLC. Modified linkage on 4/30/2019 (Luna, G). |
| 06/04/2019 | <u>67</u>  (4 pgs) List *Claimants' Deposition Designations* filed by Jose Jorge Dominguez, J.H. Zidell, P.C. (RE: related document(s)<u>57</u> Objection to claim, <u>58</u> Objection to claim). (Barber, George) |
| 06/04/2019 | <u>68</u>  (12 pgs) Witness List *of Claimants* filed by Jose Jorge Dominguez, J.H. Zidell, P.C. (RE: related document(s)<u>57</u> Objection to claim, <u>58</u> Objection to claim). (Barber, George) |
| 06/04/2019 | <u>69</u>  (3 pgs) Exhibit List *of Claimants* filed by Jose Jorge Dominguez, J.H. Zidell, P.C. (RE: related document(s)<u>57</u> Objection to claim, <u>58</u> Objection to claim). (Barber, George) |
| 06/04/2019 | <u>70</u>  (2 pgs) Witness and Exhibit List filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)<u>57</u> Objection to claim, <u>58</u> Objection to claim). (Liepins, Eric) |
| 06/12/2019 | Hearing held on 6/12/2019. (RE: related document(s)<u>57</u> Objection to claim(s) 6 of Creditor(s) Jose Dominguez.. Filed by Debtor Hard-Mire Restaurant Holdings, LLC. Responses due by 4/10/2019.) (Appearances: E. Liepins for Debtor; G. Barber and R. Manteuffel for Claimant, J. Dominguez. Evidentiary hearing. Court took matter under advisement.) (Harden, D.) (Entered: 06/13/2019) |
| 06/12/2019 | Hearing held on 6/12/2019. (RE: related document(s)<u>58</u> Objection to claim(s) 7 of Creditor(s) J.H. Zidell PC.. Filed by Debtor Hard-Mire Restaurant Holdings, LLC. Responses due by 4/10/2019.) (Appearances: E. Liepins for Debtor; G. Barber and R. Manteuffel for Claimant, J. Dominguez. Evidentiary hearing. Court took matter under advisement.) (Harden, D.) (Entered: 06/13/2019) |
| 06/12/2019 | <u>71</u>  (1 pg) Court admitted exhibits date of hearing 6/12/2019. CLAIMANT EXHIBITS 1-11 ADMITTED. (RE: related document(s)<u>57</u> Objection to claim(s) 6 of Creditor(s) Jose Dominguez.. Filed by Debtor Hard-Mire Restaurant Holdings, LLC. Responses due by 4/10/2019., <u>58</u> Objection to claim(s) 7 of Creditor(s) J.H. Zidell PC.. Filed by Debtor Hard-Mire Restaurant Holdings, LLC. Responses due by 4/10/2019.) (Jeng, Hawaii) (Entered: 06/19/2019) |
| 07/01/2019 | <u>72</u>  (3 pgs) Notice of designating new lead counsel within firm adding Christopher S. Murphy to case. Involvement of John Mark Stern terminated. filed by Creditor Texas Comptroller of Public Accounts. (Murphy, Christopher) |
| 07/10/2019 | <u>73</u>  (239 pgs; 2 docs) Application for compensation *Creditors' Verified Motion for Attorneys' Fees and Costs* for J.H. Zidell, P.C., Creditor's Attorney, Period: 1/1/2016 to 7/10/2019, Fee: $75894, Expenses: $29611.42. Filed by Creditor J.H. Zidell, P.C. (Attachments: # <u>1</u> Exhibit Exhibits A - J and 1) (Barber, George) Modified on 8/27/2019 (Whitaker, Sheniqua). |

# Exhibit "A"

| | |
|---|---|
| 07/18/2019 | 74 (15 pgs; 2 docs) Response opposed to (related document(s): 73 Application for compensation *Creditors' Verified Motion for Attorneys' Fees and Costs* for J.H. Zidell, P.C., Creditor's Attorney, Period: 1/1/2016 to 7/10/2019, Fee: $75894, Expenses: $29611.42. filed by Creditor J.H. Zidell, P.C.) filed by Debtor Hard-Mire Restaurant Holdings, LLC. (Attachments: # 1 Exhibit proof of claim) (Liepins, Eric) |
| 07/25/2019 | 75 (26 pgs) Memorandum of Opinion overruling, in part, the debtor's objection to claim no. 6 and allowing former employee's FLSA claim in the amount of $19,357.64 (RE: related document(s)57 Objection to claim filed by Debtor Hard-Mire Restaurant Holdings, LLC). Entered on 7/25/2019 (Whitaker, Sheniqua) |
| 07/31/2019 | 76 (2 pgs) Notice of hearing*on Creditors' Verified Motion for Attorneys' Fees and Costs* filed by Creditor J.H. Zidell, P.C. (RE: related document(s)73 Application for compensation *Creditors' Verified Motion for Attorneys' Fees and Costs* for J.H. Zidell, P.C., Creditor's Attorney, Period: 1/1/2016 to 7/10/2019, Fee: $75894, Expenses: $29611.42. Filed by Creditor J.H. Zidell, P.C. (Attachments: # 1 Exhibit Exhibits A - J and 1), 74 Response opposed to (related document(s): 73 Application for compensation *Creditors' Verified Motion for Attorneys' Fees and Costs* for J.H. Zidell, P.C., Creditor's Attorney, Period: 1/1/2016 to 7/10/2019, Fee: $75894, Expenses: $29611.42. filed by Creditor J.H. Zidell, P.C.) filed by Debtor Hard-Mire Restaurant Holdings, LLC. (Attachments: # 1 Exhibit proof of claim)). Hearing to be held on 9/3/2019 at 09:30 AM Dallas Judge Jernigan Ctrm for 74 and for 73, (Barber, George) |
| 08/12/2019 | 77 (11 pgs) Memorandum of opinion (RE: related document(s)58 Objection to claim filed by Debtor Hard-Mire Restaurant Holdings, LLC, 73 Application for compensation filed by Creditor J.H. Zidell, P.C.). Entered on 8/12/2019 (Whitaker, Sheniqua) |
| 08/12/2019 | 78 (2 pgs) Order regarding objection to claim number(s) 6 (RE: related document(s)57 Objection to claim filed by Debtor Hard-Mire Restaurant Holdings, LLC). Entered on 8/12/2019 (Whitaker, Sheniqua) |
| 08/22/2019 | 79 (2 pgs) Notice of hearing filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)54 Post confirmation order. Application for Compensation due by 4/15/2019. Objection to Claim due by 4/15/2019. Final Decree due 8/12/2019. Status Conference to be held on 9/3/2019 at 09:00 AM at Dallas Judge Houser Ctrm. Entered on 2/12/2019). Status Conference to be held on 9/3/2019 at 09:30 AM at Dallas Judge Jernigan Ctrm. (Liepins, Eric) |
| 08/29/2019 | 80 (2 pgs) Order awarding claimant reasonable attorney fees and costs pursuant to 29 U.S.C. § 216(b) (related document 73) granting for J.H. Zidell, P.C., fees awarded: $59292.70, expenses awarded: $4806.50. (related document 77 Memorandum. Entered on 8/29/2019. (Whitaker, Sheniqua) |
| 09/03/2019 | 81 (2 pgs) Motion for final decree Filed by Debtor Hard-Mire Restaurant Holdings, LLC Objections due by 9/24/2019. (Liepins, Eric) |
| | Post Confirmation Status Conference held on 9/3/2019. (RE: related document(s)51 Amended Order finally approving debtor's disclosure statement and confirming debtor's |

| | |
|---|---|
| 09/03/2019 | plan of reorganization (RE: related document(s)49 Chapter 11 small business plan filed by Debtor Hard-Mire Restaurant Holdings, LLC). Entered on 2/8/2019 (Related document(s) 47 Small bus disclosure statement filed by Debtor Hard-Mire Restaurant Holdings, LLC. .) (Appearances: E. Liepins for Debtor. Nonevidentiary hearing. Application for Final Decree will be filed imminently.) (Harden, D.) (Entered: 09/05/2019) |
| 09/07/2019 | 82  (3 pgs) Notice of Appearance and Request for Notice by James P. Moon filed by Debtor Hard-Mire Restaurant Holdings, LLC. (Moon, James) |
| 09/08/2019 | 83  (18 pgs) Notice of appeal *from Order on Application for Compensation*. Fee Amount $298 filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)77 Memorandum of opinion, 80 Order on application for compensation). Appellant Designation due by 09/23/2019. (Moon, James) |
| 09/08/2019 | Receipt of filing fee for Notice of appeal(18-31575-bjh11) [appeal,ntcapl] ( 298.00). Receipt number 26927447, amount $ 298.00 (re: Doc# 83). (U.S. Treasury) |
| 09/23/2019 | 85  (20 pgs; 3 docs) Certificate of mailing regarding appeal (RE: related document(s)83 Notice of appeal *from Order on Application for Compensation*. (RE: related document(s)77 Memorandum of opinion, 80 Order on application for compensation). (Attachments: # 1 Service List) (Whitaker, Sheniqua) |
| 09/23/2019 | 86  (2 pgs) Notice regarding the record for a bankruptcy appeal to the U.S. District Court. (RE: related document(s)83 Notice of appeal *from Order on Application for Compensation*. (RE: related document(s)77 Memorandum of opinion, 80 Order on application for compensation). (Whitaker, Sheniqua) |
| 09/23/2019 | 87  (32 pgs) Notice of docketing notice of appeal. Civil Action Number: 3:19-cv-02263-K (Kinkeade). (RE: related document(s)83 Notice of appeal *from Order on Application for Compensation*. (RE: related document(s)77 Memorandum of opinion, 80 Order on application for compensation). (Whitaker, Sheniqua) |
| 09/23/2019 | 88  (3 pgs) Appellant designation of contents for inclusion in record on appeal filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)83 Notice of appeal, 86 Notice regarding the record for a bankruptcy appeal). Appellee designation due by 10/7/2019. (Moon, James) |
| 09/23/2019 | 89  (3 pgs) Statement of issues on appeal,*(Appellant)* filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)83 Notice of appeal). (Moon, James) |
| 09/23/2019 | 90  (1 pg) Clerk's correspondence requesting File an amended appellant designation from attorney for debtor. (RE: related document(s)88 Appellant designation of contents for inclusion in record on appeal filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)83 Notice of appeal, 86 Notice regarding the record for a bankruptcy appeal). Appellee designation due by 10/7/2019.) Responses due by 9/25/2019. (Blanco, J.) |
| | 91  (3 pgs) Amended appellant designation of contents for inclusion in record on appeal |

**Exhibit "A"**

| | |
|---|---|
| 09/24/2019 | filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)88 Appellant designation). (Moon, James) |
| 10/03/2019 | 92  (3 pgs) Appellee designation of contents for inclusion in record of appeal filed by Creditor J.H. Zidell, P.C. (RE: related document(s)83 Notice of appeal, 86 Notice regarding the record for a bankruptcy appeal). (Barber, George) |
| 10/22/2019 | 93  (1 pg) Clerk's correspondence requesting an order from attorney for debtor. (RE: related document(s)81 Motion for final decree Filed by Debtor Hard-Mire Restaurant Holdings, LLC Objections due by 9/24/2019.) Responses due by 11/1/2019. (Cumby, C) |
| 11/05/2019 | 94  (2 pgs) Withdrawal filed by Debtor Hard-Mire Restaurant Holdings, LLC (RE: related document(s)81 Motion for final decree ). (Liepins, Eric) |
| 11/06/2019 | 96  (1 pg) Transmittal of record on appeal to U.S. District Court . Complete record on appeal . ,Transmitted: Volume 1, Mini Record. Number of appellant volumes: 2 Number of appellee volumes: 1. Civil Case Number: 3:19-CV-02263-K (RE: related document(s)83 Notice of appeal) (Blanco, J.) |
| 11/06/2019 | 97  (1 pg) Notice of docketing COMPLETE record on appeal. 3:19-CV-02263-K (RE: related document(s)83 Notice of appeal ) (Blanco, J.) |
| 11/14/2019 | 98 Request for transcript regarding a hearing held on 6/12/2019. The requested turn-around time is 7-day expedited (Jeng, Hawaii) (REQUEST WAS NOT TRANSCRIBED) Modified TEXT on 12/18/2019 (Jeng, Hawaii). |
| 02/03/2020 | 99 Transcript regarding Hearing Held 06/12/19 RE: Objections to claims. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 05/4/2020. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Palmer Reporting Services, Telephone number PalmerRptg@aol.com, 800-665-6251. (RE: related document(s) Hearing held on 6/12/2019. (RE: related document(s)57 Objection to claim(s) 6 of Creditor(s) Jose Dominguez.. Filed by Debtor Hard-Mire Restaurant Holdings, LLC. Responses due by 4/10/2019.) (Appearances: E. Liepins for Debtor; G. Barber and R. Manteuffel for Claimant, J. Dominguez. Evidentiary hearing. Court took matter under advisement.) (Harden, D.), Hearing held on 6/12/2019. (RE: related document(s)58 Objection to claim(s) 7 of Creditor(s) J.H. Zidell PC.. Filed by Debtor Hard-Mire Restaurant Holdings, LLC. Responses due by 4/10/2019.) (Appearances: E. Liepins for Debtor; G. Barber and R. Manteuffel for Claimant, J. Dominguez. Evidentiary hearing. Court took matter under advisement.) (Harden, D.)). Transcript to be made available to the public on 05/4/2020. (Palmer, Susan) |

# Exhibit "A"

| Transaction Receipt | | | |
|---|---|---|---|
| 02/23/2020 18:54:56 | | | |
| **PACER Login:** | jpmpllc6300:2798912:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 18-31575-bjh11 Fil or Ent: filed From: 2/7/2018 To: 2/24/2020 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |