**GENERAL:** Use this form to order audio or transcript of proceedings. Complete a separate order form for each case number and/or date. Audio will be produced on a CD. Audio cost is $31 per (day/tape). Payment and delivery of transcript is between the ordering party and the assigned transcriber. Payment for audio CD must be received in advance before CD is produced.

**SUBMIT ORDER FORM:**

Dallas & Wichita Falls: dal_transcript@txnb.uscourts.gov
Fort Worth:      ftw_transcript@txnb.uscourts.gov
West Texas:      lub_transcript@txnb.uscourts.gov

**ITEM 1:** Specifies whether the order is for a copy of the audio from the proceeding or an official order of the transcript. Denote order with an "X" in the correct field.

**ITEMS 2-13:** These items should always be complete. Only one case number, case name, and date of proceeding may be listed per order.

**ITEM 14:** Specifies the type of case. Denote order with an "X" in the correct field.

**ITEM 15:**

| | |
|---|---|
| Ordinary ($3.65 per page) | A transcript to be delivered within thirty (30) calendar days after the receipt of an order request. |
| Expedited – 14 Day ($4.25 per page) | A transcript to be delivered within fourteen (14) calendar days after receipt of an order request. |
| Expedited – 7 Day ($4.85 per page) | A transcript to be delivered within seven (7) calendar days after receipt of an order request. |
| Expedited – 3 Day ($5.45 per page) | A transcript to be delivered within three (3) calendar days after receipt of an order request. |
| Daily ($6.05 per page) | A transcript to be delivered following the adjournment and prior to the normal opening hour of the court on the following day whether nor not it actually is a court day. |
| Hourly ($7.25 per page) | A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours of receiving an order request. |

**ITEM 16:** Place an "X" in the correct field for each portion requested. Be sure that the description is accurately and clearly written to facilitate processing. For example, list full names of witness testimony to be included.

**ITEM 17-18:** Sign and date in this space to certify that you will pay all charges for the order.

**Shaded area reserved for the court's use.**

BTXN 119 (rev. 03/19)

# AUDIO / TRANSCRIPT ORDER

| | | |
|---|---|---|
| 1. ORDER REQUEST:<br>☐ DUPLICATE OF AUDIO CD Recordings Only   ☒ TRANSCRIPT | 2. DATE OF ORDER:<br>9/23/19 | **FOR COURT USE ONLY**<br>DUE DATE: |
| 3. NAME:<br>James P. Moon | 4. PHONE NUMBER:<br>469-831-3004 | 5. EMAIL ADDRESS:<br>jpmpllc@gmail.com |
| 6. MAILING ADDRESS:<br>P.O. Box 2206 | 7. CITY:<br>Red Oak | 8. STATE: TX   9. ZIP CODE: 75154 |
| 10. CASE NUMBER:<br>18-31575-BJH-11 | 11. CASE NAME:<br>Hard-Mire Restaurant Holdings, LLC | 12. JUDICIAL OFFICIAL:<br>Jernigan | 13. DATE OF PROCEEDING:<br>FROM: 06/12/2019 |

14. ORDER FOR:  ☒ APPEAL   ☐ BANKRUPTCY   ☐ OTHER

15. ORDER:

| ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ |

| 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|
| ☒ | ☐ |

16. AUDIO/TRANSCRIPT REQUESTED  Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | | PORTION(S) | |
|---|---|---|---|
| ☒ ENTIRE HEARING | 6/12/19 - Hearing on Objection (DN 57) to Claim No. 7 (Zidell) | ☐ TESTIMONY (SPECIFY WITNESS) | |
| ☐ OPENING STATEMENT (PLAINTIFF) | | | |
| ☐ OPENING STATEMENT (DEFENDANT) | | | |
| ☐ CLOSING ARGUMENT (PLAINTIFF) | | ☐ VOIR DIRE | |
| ☐ CLOSING ARGUMENT (DEFENDANT) | | ☐ OTHER (SPECIFY) | |
| ☐ COURT RULING ONLY | | | |

**CERTIFICATION**

By signing 17. & 18, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber).

17. SIGNATURE: *[signed] James P. Moon*

18. DATE: 9/23/19

**COURT USE ONLY**

| A. PROCESSED BY: | B. TRANSCRIPT TO BE PREPARED BY: |
|---|---|
| PHONE NUMBER: | ADDRESS: |
| EMAIL ADDRESS: | TELEPHONE:<br>EMAIL ADDRESS: |

| C. PARTY RECEIVED AUDIO: | DATE: | BY: | $31 FEE PAID: |
|---|---|---|---|

**DISTRIBUTION:**   COURT COPY    ORDER RECEIPT    ORDER COPY