# Exhibit "C"

---

**From:** TXNB DALDCR <dal_transcript@txnb.uscourts.gov>
**Subject: Re: Transcript Order - Bankruptcy Case No. 18-31575-BJH-11/District Court Case No. 3:19-CV-02263-K**
**Date:** November 12, 2019 at 8:00:37 AM CST
**To:** "James P. Moon" <jpmpllc@gmail.com>

Good Morning Mr. Moon,

Please be advised that there is no record of us receiving a transcript request for this case. Please send your Order Form with a current date.

Thank you,
Hawaii Jeng



Hawaii S. Jeng
Judicial Support Specialist to
The Honorable Chief Judge Barbara J. Houser
U.S. Bankruptcy Court
Northern District of Texas
214-753-2006

---

**From:** James P. Moon <jpmpllc@gmail.com>
**Sent:** Saturday, November 9, 2019 1:57 PM
**To:** TXNB DALDCR <dal_transcript@txnb.uscourts.gov>
**Subject:** Transcript Order - Bankruptcy Case No. 18-31575-BJH-11/District Court Case No. 3:19-CV-02263-K

Dear Sir/Madam:

This message is a follow up on the Transcript Order (see attached) on the appeal referenced above that was transmitted to your office on September 23, 2019.  I wanted to confirm that this Transcript Order was received and that the transcript is in process for preparation for this appeal.

I would appreciate it if you could advise me as to the status of the preparation of the transcript.

Thank you very much for your assistance with this matter.

James Moon

=============================
James P. Moon
KAPLAN & MOON, PLLC

Dallas Office: Ellis County Office:

2929 Carlisle St.  P. O. Box 2206
Suite 115 Red Oak, Texas 75154
Dallas, Texas 75204  Tel: 800-214 0639
Tel: 214-522-4900  Fax: 800-930-7112
Fax: 888-632-2752    Mobile: 469-831-3004

CONFIDENTIALITY, TAX DISCLOSURE AND SIGNATURE NOTICE:

This email message and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please notify the sender, by email or telephone, of any unintended recipients and delete the original message without making any copies. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient (s) is strictly prohibited.

Nothing in this communication is intended to constitute an electronic signature, unless a specific statement to the contrary or a valid Digital Signature Certificate is included in this communication.

Nothing contained in this email was intended or written to be used, or can be used by any taxpayer for the purpose of avoiding penalties that may be imposed on such taxpayer under the Internal Revenue Code of 1986, as amended.  No one, without the sender's express prior written permission, may use any part of this email relating to any Federal or State tax matter in promoting, marketing or recommending a partnership or other entity.

---

**From:** James P. Moon <jpmpllc@gmail.com>
**Sent:** Monday, September 23, 2019 2:46 PM
**To:** TXNB DALDCR <dal_transcript@txnb.uscourts.gov>
**Subject:** Transcript Order - Bankruptcy Case No. 18-31575-BJH-11/District Court Case No. 3:19-CV-02263-K

Dear Sir:

Attached for processing please find the Transcript Order in the above-referenced matter for the hearing transcript for June 12, 2019.

Thank you very much for your assistance with this matter.

James Moon

=============================
James P. Moon
KAPLAN & MOON, PLLC

Dallas Office: Ellis County Office:

2929 Carlisle St.  P. O. Box 2206
Suite 115 Red Oak, Texas 75154
Dallas, Texas 75204  Tel: 800-214 0639
Tel: 214-522-4900  Fax: 800-930-7112
Fax: 888-632-2752    Mobile: 469-831-3004

CONFIDENTIALITY, TAX DISCLOSURE AND SIGNATURE NOTICE:

CONFIDENTIALITY, TAX DISCLOSURE AND SIGNATURE NOTICE:

This email message and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please notify the sender, by email or telephone, of any unintended recipients and delete the original message without making any copies. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient (s) is strictly prohibited.

Nothing in this communication is intended to constitute an electronic signature, unless a specific statement to the contrary or a valid Digital Signature Certificate is included in this communication.

Nothing contained in this email was intended or written to be used, or can be used by any taxpayer for the purpose of avoiding penalties that may be imposed on such taxpayer under the Internal Revenue Code of 1986, as amended.  No one, without the sender's express prior written permission, may use any part of this email relating to any Federal or State tax matter in promoting, marketing or recommending a partnership or other

*<Transcript OrderRequest - Hard-More-Zidell Appeal (9-23-19).pdf>*